ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
CHARLENE LEE SAUCIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLENE LEE SAUCIER,<br><br>Defendant. | 2:07-CR-00019-01 JAM<br><br>MOTION TO CHANGE SURRENDER DATE |

## MOTION

Defendant, Charlene Lee Saucier, by and through her counsel of record, Erin J. Radekin, hereby moves this Court to modify her surrender date from November 7, 2011 to December 7, 2011, for the reasons set forth herein. The Court is advised that undersigned counsel has communicated with counsel for the United States, Assistant United States Attorney Camil A. Skipper, regarding this request and the reasons therefor, and Ms. Skipper has indicated that she has no objection to modification of the surrender date.

The reason for this request is that the Bureau of Prisons has not yet designated a facility at which Ms. Saucier will serve her six-month sentence. Ms. Radekin communicated with the United States Marshall's Office and was informed of this fact. Without a designation, Ms. Saucier will have to turn herself in to the Marshall and serve time at the Sacramento County Jail until a facility is designated for her. Ms. Saucier has medical issues that make it difficult for her to serve time at the County Jail. Due to the policies of the jail, there is a long time lapse before she can receive

1 | permission to have a lower bunk and prescriptions for her medications. Accordingly, she requests
2 | that the Court allow an additional four weeks – to December 7, 2011 – to allow time for her to receive
3 | notice of her designated facility so that she can surrender at that facility.
4 |
5 | Dated: November 7, 2011 /s/ Erin J. Radekin
   | ERIN J. RADEKIN
6 | Attorney for Defendant
   | CHARLENE LEE SAUCIER

**ORDER**

IT IS HEREBY ORDERED that Ms. Saucier's surrender date to serve her six-month sentence be modified from November 7, 2011 to December 7, 2011.*

Dated: 11-7-2011

HON. JOHN A. MENDEZ
United States District Judge

*No further modifications to the December 7, 2011 surrender date will be granted.